Josephine Gloshinsky, Individually and Lawrence Gloshinsky, an Infant, by Said Josephine Gloshinsky, His Guardian ad Litem, Respondents, v. Bergen Milk Transportation Company and Frank Meyer, Appellants, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present

— Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.; O'Malley, J., dissents on the ground that there is no proof of negligence on the part of the defendant.